UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROBBIE RILEY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-00223 |
| | § | |
| AMAZON.COM, INC, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court now considers the joint stipulation to dismiss filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal of an action without court order if the dismissal is signed by all parties who have appeared. Here, the dismissal is signed by all parties who have appeared.[2] Thus, this action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th day of April, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 74.
[2] *See id*. p. 2.